287 F.2d 566
 CENTRAL SERVICE CO., d/b/a New Diller Battery Co., Appellant,
v.
EAGLE-PICHER CO.
 No. 16611.
 United States Court of Appeals Eighth Circuit.
 Feb. 8, 1961.
 
 B. A. Webster, Jr., Des Moines, Iowa, and Dick H. Woods, Kansas City, Mo., for appellant.
 Ralph M. Jones, Kansas City, Mo., Richard Serviss and Charles S. Dautel, Cincinnati, Ohio, for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed on dismissal by appellant.